UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

          Plaintiff,          CASE NO.: 4:06-CR-20089-FL

vs.          HON. PAUL V. GADOLA
          MAG. JUDGE WALLACE CAPEL, JR.

JACQUETTA YVONE DAVENPORT,

          Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on March 8, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on February 28, 2006. The Defendant was ordered temporarily detained pending a hearing on March 22, 2006.

The Defendant is charged with violation of the Standard Condition Number 7 by testing positive for the use of cocaine on four separate occasions beginning on November 10, 2005.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on October 19, 2005.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by using cocaine on a number of occasions shortly after her release on supervised release. It further appears that the Defendant has been un-cooperative with her probation officer. I find that the Defendant appears to have a serious problem with illegal drugs, and that her release on bond in this matter could fuel further illegal drug use.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: March 23, 2006**              **s/ Wallace Capel, Jr.**
                                       **WALLACE CAPEL, JR.**
                                       **United States Magistrate Judge**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following: Nancy Abraham, AUSA, David Koelzer, Esq. ,and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                       s/ James P. Peltier
                                       James P. Peltier
                                       Courtroom Deputy Clerk
                                       U.S. District Court
                                       600 Church St.
                                       Flint, MI 48502
                                       810-341-7850
                                       pete_peltier@mied.uscourt.gov